Z. KATHRYN BRANSON, ESQ., Bar No. 11540
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
Email: kbranson@littler.com
           ekim@littler.com

*Attorneys for Defendant*
DISCOUNT TIRE CO., INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGG OLEWINSKI and RHONDA OLEWINSKI, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>DISCOUNT TIRE CO., INC., an Arizona corporation; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01617-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs GREGG OLEWINSKI and RHONDA OLEWINSKI ("Plaintiffs") and Defendant DISCOUNT TIRE CO., INC. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of October 8, 2021, up to and including **October 22, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained and requires the additional time to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 8, 2021

Respectfully submitted,

/s/ Craig A. Marquiz
CRAIG A. MARQUIZ, ESQ.
MARQUIZ LAW OFFICE

*Attorney for Plaintiffs*
GREGG OLEWINSKI and RHONDA OLEWINSKI

Dated: October 8, 2021

Respectfully submitted,

/s/ Z. Kathryn Branson
Z. KATHRYN BRANSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
DISCOUNT TIRE CO., INC.

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
United States Magistrate Judge