Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGG OLEWINSKI and RHONDA OLEWINSKI, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>DISCOUNT TIRE CO., INC., an Arizona corporation; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01617-JCM-NJK<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>(First Request) |

Pursuant to LR II 16-1, 26-1 (b), 26-3, and 26-4, and FRCP 16.1 and 26, Plaintiffs Gregg and Rhonda Olewinski ("Plaintiffs") and Defendant Discount Tire Co., Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Discount Tire Co., Inc.'s Partial Motion to Dismiss (ECF No. 9).  Specifically, Plaintiffs shall have through and including **December 10, 2021** with which to file their Opposition brief, and Defendant shall have through and including **December 23, 2021** with which to file its Reply memorandum.  The extension of time is necessary due to Plaintiffs' counsel's recent return to the office from a 10-day mission trip in the

. . .

. . .

. . .

1  Middle East and his unavailability (due to court-ordered depositions in other matters) through
2  December 8, 2021, coupled with the holiday season and defense counsel's anticipated time off.
3      Dated this 5th day of November, 2021

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq. #7437
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Plaintiffs

Littler Mendelson P.C.

By: /s/ Z. Kathryn Branson, Esq.
Z. Kathryn Branson, Esq. #11540
Emil S. Kim, Esq. #14894
3960 Howard Hughes Pkwy., Ste. 300
Las Vegas, NV 89169-5937
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

DATED December 20, 2021.

_____
UNITED STATES DISTRICT JUDGE