**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGG OLEWINSKI and RHONDA OLEWINSKI, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>DISCOUNT TIRE CO., INC., an Arizona corporation; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01617-JCM-NJK<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>(Third Request) |

Pursuant to LR IA 6-1, Plaintiffs Gregg and Rhonda Olewinski ("Plaintiffs") and Defendant Discount Tire Co., Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Discount Tire Co., Inc.'s Partial Motion to Dismiss (ECF No. 9).  Specifically, Plaintiffs shall have an additional one (1) business day (i.e., through and including **December 20, 2021**) with which to file their Opposition brief, and Defendant shall have through and including **January 7, 2022** with which to file its Reply memorandum.  The additional day is necessary

. . .

. . .

. . .

. . .

due to Plaintiffs' counsel's completion of court-ordered expert depositions in several state-law cases.  This is the third stipulation for an extension to file the opposition.

Dated this 17th day of December, 2021

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq. #7437
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Plaintiffs

Littler Mendelson P.C.

By: /s/ Emil S. Kim, Esq.
Z. Kathryn Branson, Esq. #11540
Emil S. Kim, Esq. #14894
3960 Howard Hughes Pkwy., Ste. 300
Las Vegas, NV 89169-5937
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

DATED December 20. 2021.

_____
UNITED STATES DISTRICT JUDGE