Z. KATHRYN BRANSON, ESQ., Bar No. 11540
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: kbranson@littler.com
            ekim@littler.com

*Attorneys for Defendant*
DISCOUNT TIRE CO., INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGG OLEWINSKI and RHONDA OLEWINSKI, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>DISCOUNT TIRE CO., INC., an Arizona corporation; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01617-JCM-NJK<br><br>**JOINT STATUS REPORT** |

Plaintiffs Gregg Olewinski and Rhonda Olewinski ("Plaintiffs"), and Defendant Discount Tire Co. Inc. ("Defendant"), by and through their attorneys of record, hereby provide the following Joint Status Report regarding the filing of the proposed stipulation and order for dismissal by May 31, 2022, as ordered in ECF No. 25.

/ / /

/ / /

/ / /

The parties have fully executed the Settlement Agreement. As of the filing date of this Joint Status Report, all but one condition of the Settlement Agreement remains, and thus, the parties expect to file the proposed stipulation and order for dismissal with this Court on or before June 17, 2022. Therefore, the parties jointly request an extension up to and including June 17, 2022, to file the dismissal paperwork.

| | |
|---|---|
| Dated: May 26, 2022 | Dated: May 26, 2022 |
| MARQUIZ LAW OFFICE, P.C. | LITTLER MENDELSON P.C. |
| /s/ Craig A. Marquiz, Esq. | |
| CRAIG A. MARQUIZ, ESQ. | Z. KATHRYN BRANSON, ESQ. |
| | EMIL S. KIM, ESQ. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| GREGG OLEWINSKI and RHONDA OLEWINSKI | DISCOUNT TIRE CO., INC. |

4885-2534-9922.1 / 020327-1161

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-27-2022