Z. KATHRYN BRANSON, ESQ., Bar No. 11540
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email: kbranson@littler.com
       ekim@littler.com

*Attorneys for Defendant*
DISCOUNT TIRE CO., INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGG OLEWINSKI and RHONDA OLEWINSKI, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>DISCOUNT TIRE CO., INC., an Arizona corporation; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01617-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs GREGG OLEWINSKI and RHONDA OLEWINSKI, (jointly referred to as "Plaintiffs") and Defendant DISCOUNT TIRE CO., INC.[1] ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action

///

///

---

[1] G. Olewinski's proper employer is Discount Tire Company of Nevada, Inc.

and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: June 13, 2022

Dated: June 13, 2022

MARQUIZ LAW OFFICE P.C.

LITTLER MENDELSON, P.C.

*/s/ Craig A. Marquiz*
Craig A. Marquiz, Esq., Bar #7437
3088 Via Flaminia Court
Henderson, NV 89052

Attorneys for Plaintiffs
GREGG OLEWINSKI and
RHONDA OLEWINSKI

*/s/ Emil S. Kim*
Z. Kathryn Branson, Esq., Bar #11540
Emil S. Kim, Esq., Bar #14894
3960 Howard Hughes Parkway, #300
Las Vegas, NV 89169

Attorneys for Defendant
DISCOUNT TIRE CO., INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 14, 2022